

02/07/2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **BARNSTORM RESOURCES LLC** | § | |
| xx-xxx9725 | § | Case No. 22-60246 |
| 515 N. Fredonia, Longview, TX 75601 | § | |
| | § | |
| Debtor | § | Chapter 11 |

| | | |
|---|---|---|
| Barnstorm Resources LLC | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 23-06001 |
| | § | |
| Two Sisters, LLC | § | |
| | § | |
| Defendant | § | |

**ORDER REGARDING SERVICE OF COMPLAINT
UPON DEFENDANT, TWO SISTERS, LLC**

ON THIS DATE the Court conducted a *sua sponte* review of the file in the above-referenced adversary proceeding. The Court finds that the Complaint in this proceeding was filed on January 18, 2023. However, no summons to the Defendant, Two Sisters, LLC, has yet been procured by the Plaintiff, in violation of the obligations under Fed. R. Civ. P. 4(c)(1), as that rule is incorporated into bankruptcy adversary proceedings by Fed. R. Bankr. P. 7004. Such failure is impeding the proper administration and prosecution of this case and, accordingly, just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Plaintiff shall, within fourteen (14) days of the entry of this Order,

(1) provide for the issuance of a summons to the Defendant, Two Sisters, LLC;

(2) thereafter effect service on such Defendant in the proper manner and within the time constraints of Fed. R. Bankr. P. 7004(e); and

(3) thereafter file a proof of service demonstrating that the complaint and the summons issued to the Defendant in this cause were properly served within seven (7) days of the issuance of such summons to the Defendant, pursuant to Fed. R. Bankr. P. 7004.

**IT IS FURTHER ORDERED THAT A FAILURE TO COMPLY WITH THE ABOVE DIRECTIVES WILL RESULT IN DISMISSAL WITH PREJUDICE OF THE COMPLAINT IN THIS ADVERSARY PROCEEDING WITHOUT FURTHER NOTICE OR HEARING.**

Signed on 02/07/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE